

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2019

No. 04-18-00278-CV

Susan **CAMMACK,**
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificate Holders of SWABS 2004-2005,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17902C
Honorable Susan Harris, Judge Presiding

# O R D E R

The Appellant's Third Opposed Motion to Extend Time to File Appellant's Reply Brief is hereby GRANTED. Time is extended to January 22, 2019.

It is so ORDERED on January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court